# U.S. Bankruptcy Appellate Panel
## of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
(626) 229-7220

## PLEASE COMPLETE THIS FORM IMMEDIATELY AND FILE IT
## WITH THE BAP. E-filers must electronically file this form.

DATE: 6-24-2026

I acknowledge receipt of calendar notice for: BAP NO: CC-26-1031-GCN.

Debtor's Name: Babak Kazemi Shirazi assigned for hearing on

Date: 7-16-2026    Time: 9:00 am    at the following

Location: Court of Appeals Building, 125 S. Grand Avenue, Pasadena CA (Courtroom # 1

Counsel or Party to Argue (list one):

Name: Baruch Cohen    Phone: 323 353 9535

E-Mail: baruchcohen @ baruchcohenesq.com

Address: 4929 Wilshire Blvd, #940 Los Angeles CA 90010

Party Represented: Babak Shirazi

Check one: ( ) appellant   or (✓) appellee

### Admission Status (for attorneys only):

(✓) I certify that I am admitted to practice before a District Court in the Ninth Circuit
   or the Court of Appeals for the Ninth Circuit.

( )  I am not so admitted, but certify that I am generally qualified to practice before the Bankruptcy
   Appellate Panel and that I will immediately move for permission to appear in this case.

Date: 6-24-2026 Signature: _____

OFFICE OF THE CLERK
U. S. BANKRUPTCY APPELLATE PANEL
OF THE NINTH CIRCUIT

CALENDAR FOR:                          LOCATION:
Thursday, July 16, 2026                Court of Appeals Building
                                       125 South Grand Avenue
                                       Pasadena, California
                                       Courtroom No. 1

Before: Gan, Corbit, and Niemann, Bankruptcy Judges

9:00 a.m. Pacific Daylight Time

CC-26-1000-NGC          Gavrieli
CC-26-1001-NGC          Gavrieli
CC-26-1002-NGC          Gavrieli
                        (Related Appeals)

CC-25-1259-GCN          Scheuplein, IV

CC-26-1051-CNG          Pearlman

CC-26-1031-GCN          Shirazi